

**U.S. Department of Justice**

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

---

*Address:*
*Suite 303, City Station*
*660 West Washington Avenue*
*Madison, Wisconsin 53703*

*Mailing Address:*
*United States Attorney's Office*
*P.O. Box 1585*
*Madison, Wisconsin 53701-1585*

April 9, 2012

Attorney Kelly A. Welsh
Federal Defender Services
222 W. Washington Avenue, Suite 680
Madison, WI 53703

Attorney Kim M. Zion
Eisenberg Law Offices, S.C.
308 East Washington Avenue
P.O. Box 1069
Madison, WI 53701-1069

Re:   *United States v. Steve Schmidt and Darren Ulatowski*
      Case No. 11-cr-132-wmc

Dear Counsel:

You will find additional government discovery in this matter enclosed.   It should include pages bate stamped number 17013 - 17058.

If you have any questions, please call.  I can be reached at (608) 250-5468.

Very truly yours,

JOHN W. VAUDREUIL
United States Attorney

By:      _____/s/_____
        DANIEL J. GRABER
        Assistant U.S. Attorney

DJG:sam

Enclosures

ecf:   Magistrate Judge Stephen L. Crocker
       (without enclosures)